UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| VERNON CASTLE BROWN, JR.,<br><br>    Petitioner,<br><br>vs.<br><br>J.B. WALKER,<br><br>    Respondent. | Case No. CV 11-7476-CAS(AJW)<br><br>JUDGMENT |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed.

Dated: 9/30/11

_Christina A. Snyder_
Christina A. Snyder
United States District Judge